UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES,**

    **Plaintiff,**

  v.           Case No. 2:21-cr-172
                **Judge Sarah D. Morrison**

**MICHAEL SAYEGH,**

    **Defendant.**

## ORDER

This matter is before the Court on Attorney Beau Brindley's timely response to this Court's January 10, 2022 Show Cause Order (Show Cause Order, ECF No. 19). (Resp., ECF No. 20.) Mr. Brindley represents that his failure to comply with the local rules on attorney admissions was an error brought about by unusual procedural circumstances and incorrect assumptions made with respect to those rules. (*Id.*) Mr. Brindley further represents that the error will be remedied immediately (*id.*), and has since filed a Motion for Leave to Appear *Pro Hac Vice* (ECF No. 21).

"Courts of justice are universally acknowledged to be vested, by their very creation, with power to impose silence, respect, and decorum, in their presence, and submission to their lawful mandates." *Chambers v. Nasco*, 501 U.S. 32, 43 (1991) (internal quotation and citation omitted). Among others, "a federal court has the [inherent] power to control admission to its bar and to discipline attorneys who

appear before it." *Id*. (citation omitted). The Sixth Circuit has further recognized that the courts' "inherent power to maintain respect and decorum grants courts the flexibility to equitably tailor punishments that appropriately fit the conduct." *In re Smothers*, 322 F.3d 438, 442 (6th Cir. 2003)

Pursuant to its inherent authority, the Court **FINES** Mr. Brindley $500 for failure to comply with the local rules, which shall be made payable to the Clerk's Office **within fourteen days** of the date of this Order. The Court will take Mr. Brindley's Motion to Appear *Pro Hac Vice* under advisement.

    **IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**